## BURK ET AL. v. HARRISON.

[No. 14,842. Filed August 16, 1933.]

*Emmett S. Huggins* and *C. E. Fenstermacher,* for appellants.
*George S. Stewart* and *Carey & Cox,* for appellee.

PER CURIAM.—On confession of error by appellee, the judgment of the lower court is reversed with instructions to overrule the motion to strike out the motion for a new trial and to sustain said motion for a new trial and grant a new trial in said cause.

It is further ordered that this judgment be certified to the clerk below this 16th day of August, 1933.